No. 91–7005. IN RE GILES; and

No. 91–7203. IN RE KALTENBACH. Petitions for writs of habeas corpus denied.

No. 91–6926. IN RE MARIN; and

No. 91–6964. IN RE ZOLICOFFER. Petitions for writs of mandamus denied.

No. 91–687. MONTANA v. IMLAY. Sup. Ct. Mont. Certiorari granted.

No. 91–719. PARKE, WARDEN v. RALEY. C. A. 6th Cir. Certiorari granted.

No. 91–781. UNITED STATES v. A PARCEL OF LAND, BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, KNOWN AS 92 BUENA VISTA AVENUE, RUMSON, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari granted.

No. 91–905. BARR, ATTORNEY GENERAL, ET AL. v. FLORES ET AL. C. A. 9th Cir. Certiorari granted.

No. 91–946. CHURCH OF SCIENTOLOGY OF CALIFORNIA v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted.

No. 91–1188. ROWLAND, FORMER DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. CALIFORNIA MEN'S COLONY, UNIT II MEN'S ADVISORY COUNCIL. C. A. 9th Cir. Certiorari granted.

No. 91–6194. CROSBY v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.

No. 91–6646. HADLEY v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.

No. 91–560. COOK ET AL. v. ALEXANDER ET AL. C. A. 7th Cir. Certiorari denied.